IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| H.B. Fuller Company, a Minnesota Corporation | ) | Court File No.. 01-2256 (JEL/JGL) |
| Plaintiff, | ) | |
| | ) | Case Type: Contract |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER** |
| BASF Corporation, a Delaware corporation | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the Pretrial Scheduling Order entered by the court on January 23, 2002 in the above-referenced matter be amended as follows:

1. Discovery, excluding the Rule 30(b)(6) depositions noticed by Plaintiff on December 10, 2002 shall be completed as ordered by January 2, 2002;

2. The Rule 30(b)(6) depositions noticed by Plaintiff on December 10, 2002 shall be completed by January 30, 2002.

Dated: December 18, 2002

**FLYNN, GASKINS & BENNETT, L.L.P.**

William Tipping, #170343
Timothy R. Schupp, #130837
Wendy Canaday, #302351
333 South Seventh Street, Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500

***ATTORNEYS FOR PLAINTIFF***

FILED DEC 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: December 18, 2002

KELLY & BERENS, P.A.

Timothy D. Kelly, #54926
Ann Claire Hoffman, #308493
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***ATTORNEYS FOR DEFENDANTS***

**ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order entered by the Court on January 23, 2002 in the above-referenced matter be amended as follows:

1. Discovery, excluding the Rule 30(b)(6) depositions noticed by Plaintiff on December 10, 2002 shall be completed as ordered by January 2, 2002;

2. The Rule 30(b)(6) depositions noticed by Plaintiff on December 10, 2002 shall be completed by January 30, 2002.

BY THE COURT:

Dated: December 19, 2002

Jonathan Lebedoff
United States Magistrate Judge