IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| H.B. Fuller Company, a Minnesota Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BASF Corporation, a Delaware Corporation<br><br>Defendant. | ) | CIVIL ACTION NO. 01-2256 (JEL/JGL)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective, undersigned counsel, that the above-entitled action may be and is hereby dismissed on the merits with prejudice, but without further costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice the clerk of court may enter judgment of dismissal on the merits with prejudice, and without costs or disbursements to any of the parties.

Dated: February 11, 2003

FLYNN, GASKINS & BENNETT, L.L.P.

William J. Tipping, Esq. #170343
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
(612) 333-9500

*Attorneys for Plaintiff H.B. Fuller Company*

FEB 1 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 1 2 2003
DEPUTY CLERK'S INITIALS

Dated: 2/11, 2003.

KELLY & BERENS, P.A.

Timothy D. Kelly, Esq. #54926
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

*Attorneys for Defendant BASF Corporation*

**ORDER FOR JUDGMENT**

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing stipulation.

By the Court:

Dated: Feb 12, 2003

The Honorable Joan E. Lancaster
United States District Court Judge